UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHARLES P. TOLEDANO, JR.**               **CIVIL ACTION**

**VERSUS**                                 **NO. 15-6278-CJB-SS**

**CAROLYN COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, for summary judgment (Rec. doc. 18) is GRANTED; and (2) the motion of the plaintiff, Charles P. Toledano, for summary judgment (Rec. doc. 15) is DENIED.

New Orleans, Louisiana, this 10th day of August, 2016.

_____
**CARL J. BARBIER**
**United States District Judge**